UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

GERALD GATES,

          Plaintiff,

   -against-

TARGET CORPORATION,

          Defendant.

------------------------------------X

JUDGE CEDARBAUM

07 CV 11036

Civil Action No.: 07-CV-

RULE 7.1 DISCLOSURE

RECEIVED DEC 05 2007 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Federal Rule 7.1 of this Court, defendant, TARGET CORPORATION, by its attorneys, Simmons, Jannace & Stagg, L.L.P., submits the following identification of any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation:

                          NONE

Dated:   Syosset, New York
          December 3, 2007

                          Yours, etc.,

                          SIMMONS, JANNACE & STAGG, L.L.P.

                          By: _____
                              MICHAEL D. KERN (mk 9573)
                          Attorneys for Defendant
                          TARGET CORPORATION
                          **Office & P.O. Address:**
                          75 Jackson Avenue
                          Syosset, New York 11791-3139
                          (516) 357-8100

TO: KRIEGER, WILANSKY & HUPART, ESQS.
Attorneys for Plaintiff
GERALD GATES
**Office & P.O. Address:**
5602 Broadway
Bronx, New York 10463
(718) 432-0500

Rule 7.1