**CERTIFICATE OF SERVICE**

Re:   GERALD GATES v. TARGET CORPORATION
      Cedarbaum, J.
      Eaton, M.J.
      Civil Action No.: 07 Civ. 11036 (MGC) (DEF)

STATE OF NEW YORK    )
                     ss.:
COUNTY OF NASSAU     )

     I, Janet L. Corsie, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **DEFENDANT TARGET CORPORATION'S RULE 7.1 DISCLOSURE** was made December 10, 2007 by:

<u>X</u>   Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

Under penalty of perjury, I declare that the foregoing is true and correct.

     KRIEGER, WILANSKY & HUPART, ESQS.
     Attorneys for Plaintiff
     GERALD GATES
     **Office & P.O. Address:**
     5602 Broadway
     Bronx, New York 10463
     (718) 432-0500

                                      /s/ Janet L. Corsie
                                            Janet L. Corsie

Sworn to before me on this
10th day of December, 2007.

/s/ Kathleen M. Casolaro
KATHLEEN M. CASOLARO
Notary Public, State of New York
No. 01CA6033249
Qualified in Nassau County
Commission Expires November 15, 2009

SIMMONS, JANNACE & STAGG, L.L.P.
75 Jackson Avenue
Syosset, New York 11791-3139
(516) 357-8100