**CERTIFICATE OF SERVICE**

Re:   GERALD GATES v. TARGET CORPORATION
      Cedarbaum, J.
      Eaton, M.J.
      Civil Action No.: 07 Civ. 11036 (MGC) (DEF)

STATE OF NEW YORK   )
                    ss.:
COUNTY OF NASSAU    )

    I, Janet L. Corsie, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **DEFENDANT TARGET CORPORATION'S CIVIL COVER SHEET and NOTICE OF REMOVAL** was made December 10, 2007 by:

X   Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

Under penalty of perjury, I declare that the foregoing is true and correct.

    KRIEGER, WILANSKY & HUPART, ESQS.
    Attorneys for Plaintiff
    GERALD GATES
    **Office & P.O. Address:**
    5602 Broadway
    Bronx, New York 10463
    (718) 432-0500

                                      /s/ Janet L. Corsie
                                          Janet L. Corsie

Sworn to before me on this
10th day of December, 2007.

/s/ Kathleen M. Casolaro
KATHLEEN M. CASOLARO
Notary Public, State of New York
No. 01CA6033249
Qualified in Nassau County
Commission Expires November 15, 2009

SIMMONS, JANNACE & STAGG, L.L.P.
75 Jackson Avenue
Syosset, New York 11791-3139
(516) 357-8100